No. 526. UNITED STATES *v.* JOHN BARTH CO. ET AL. January 7, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Mitchell* for the United States. *Messrs. Louis Quarles, Richard S. Doyle, Malcolm K. Whyte,* and *S. Sidney Stein* for respondents.

No. 559. BECHER *v.* CONTOURE LABORATORIES, INC., ET AL. January 7, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. O. Ellery Edwards* for petitioner. *Mr. Robert Moers* for respondents.

No. 595. SUTTER ET AL. *v.* MIDLAND VALLEY R. R. Co. January 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Harry W. Hart* for petitioners. *Mr. O. E. Swan* for respondent.

No. 565. OKANOGAN INDIANS ET AL. *v.* UNITED STATES. January 21, 1929. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Wm. S. Lewis, A. R. Serven,* and *John G. Carter* for petitioners. *Solicitor General Mitchell* for the United States.